UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: §
 §
KNEON INC. §  Case No. 2:15-bk-17143-ER
 §
 Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROSENDO GONZALEZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 20,695.43 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 9,304.57 | |

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,304.57 | 9,304.57 | 9,304.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,082,113.00 | 259,747.38 | 259,747.38 | 20,695.43 |
| **TOTAL DISBURSEMENTS** | $ 2,082,113.00 | $ 269,051.95 | $ 269,051.95 | $ 30,000.00 |

4) This case was originally filed under chapter 7 on 05/04/2015. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/21/2017           By:/s/ROSENDO GONZALEZ
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PATENTS, COPYRIGHTS | 1129-000 | 7,500.00 |
| PATENTS, COPYRIGHTS | 1129-000 | 7,500.00 |
| PATENTS, COPYRIGHTS | 1129-000 | 7,500.00 |
| PATENTS, COPYRIGHTS | 1129-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 30,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elim Kay 16391 Scientific Way Irvine, CA 92618 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GONZALEZ, ROSENDO | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| GONZALEZ, ROSENDO | 2200-000 | NA | 341.69 | 341.69 | 341.69 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 26.50 | 26.50 | 26.50 |
| UNION BANK | 2600-000 | NA | 407.26 | 407.26 | 407.26 |
| FRANCHISE TAX BOARD | 2690-730 | NA | 800.00 | 800.00 | 800.00 |
| KARL T ANDERSON, CPA INC. | 3410-000 | NA | 3,682.00 | 3,682.00 | 3,682.00 |
| KARL T ANDERSON, CPA INC. | 3420-000 | NA | 297.12 | 297.12 | 297.12 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,304.57 | $ 9,304.57 | $ 9,304.57 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brian Cohen 11651 Chiquita St. Studio City, CA 91604 | | 5,000.00 | NA | NA | 0.00 |
| | Daniel M Halprin 4830 Malibu Dr. Bloomfield Hills, MI 48302 | | 10,000.00 | NA | NA | 0.00 |
| | E3 Capital 16391 Scientific Way Irvine, CA 92618 | | 250,000.00 | NA | NA | 0.00 |
| | Fish & Tsang PC 2603 Main St. Ste. 1000 Irvine, CA 92614 | | 16,567.00 | NA | NA | 0.00 |
| | Fred Kaminenny & RIcky Becker 3826 Wabeek Lake Dr. East Bloomfield Hills, MI 48302 | | 25,000.00 | NA | NA | 0.00 |
| | Greg Stren 95 Sunnyside Ave. Mill Valley, CA 94941 | | 75,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harrison Dillon 1476 Pacific Ave. San Francisco, CA 94109 | | 50.00 | NA | NA | 0.00 |
| | Insepin, LLC 16391 Scientific Way Irvine, CA 92618 | | 124,937.00 | NA | NA | 0.00 |
| | Insepin, LLC 16391 Scientific Way Irvine, CA 92618 | | 1,000,000.00 | NA | NA | 0.00 |
| | James Ludwig 9820 Brooks Hall Place Henrico, VA 23238 | | 162,531.00 | NA | NA | 0.00 |
| | Kevin Frankel 26376 Huntington Huntington Woods, MI 48070 | | 7,500.00 | NA | NA | 0.00 |
| | Marcum LLP 2049 Century Park East Ste 300 Los Angeles, CA 90067 | | 550.00 | NA | NA | 0.00 |
| | Martin C Liu 43 Mercer St. 2nd Floor New York, NY 10013 | | 100,031.00 | NA | NA | 0.00 |
| | Mingo & Cindy Lee 1614 Ruth Lane Newport Beach, CA 92660 | | 11,167.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Richard Neuwirth 101 Avenue D., Apt 7G New York, NY 10009 |  | 50,000.00 | NA | NA | 0.00 |
| 000002 | BROOKS KUSHMAN PC | 7100-000 | 8,780.00 | 8,779.90 | 8,779.90 | 699.54 |
| 000005 | ELIAS PEREZ REVOCABLE LIVING TRUST | 7100-000 | 25,000.00 | 27,195.82 | 27,195.82 | 2,166.83 |
| 000001 | HARRISON DILLON | 7100-000 | 50,000.00 | 50,000.00 | 50,000.00 | 3,983.76 |
| 000006 | JAMES G NEUWIRTH | 7100-000 | 50,000.00 | 54,500.00 | 54,500.00 | 4,342.30 |
| 000003 | PAUL NEUWIRTH | 7100-000 | 35,000.00 | 37,665.41 | 37,665.41 | 3,001.00 |
| 000004 | DISRUPTIVE INVESTORS, LLC | 7100-001 | 75,000.00 | 81,606.25 | 81,606.25 | 6,502.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 2,082,113.00 | $ 259,747.38 | $ 259,747.38 | $ 20,695.43 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-17143 | ER | Judge: ERNEST M. ROBLES | | Trustee Name: | ROSENDO GONZALEZ |
|---|---|---|---|---|---|---|
| Case Name: | KNEON INC. | | | | Date Filed (f) or Converted (c): | 05/04/15 (f) |
| | | | | | 341(a) Meeting Date: | 06/11/15 |
| For Period Ending: | 11/21/17 | | | | Claims Bar Date: | 12/01/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 2. PATENTS, COPYRIGHTS<br>ORDER ENTERED 11/09/15 [D21], ORDER ON AMENDED MOTION FOR APPROVAL OF SALE PURCHASE OF INTELLECTUAL PROPERTY ASSET<br>Trustee filed on August 30, 2015 [D13], the Trustee's Motion for Approval of Sale Agreement of Debtors Intellectual Property Assets Free and Clear of Liens and Encumbrances. | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 3. PATENTS, COPYRIGHTS<br>ORDER ENTERED 11/09/15 [D21], ORDER ON AMENDED MOTION FOR APPROVAL OF SALE PURCHASE OF INTELLECTUAL PROPERTY ASSET<br>Trustee filed on August 30, 2015 [D13], the Trustee's Motion for Approval of Sale Agreement of Debtors Intellectual Property Assets Free and Clear of Liens and Encumbrances. | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 4. PATENTS, COPYRIGHTS<br>ORDER ENTERED 11/09/15 [D21], ORDER ON AMENDED MOTION FOR APPROVAL OF SALE PURCHASE OF INTELLECTUAL PROPERTY ASSET<br>Trustee filed on August 30, 2015 [D13], the Trustee's Motion for Approval of Sale Agreement of Debtors Intellectual Property Assets Free and Clear of Liens and Encumbrances. | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 5. PATENTS, COPYRIGHTS | 0.00 | 7,500.00 | | 7,500.00 | FA |

LFORM1_10

Ver: 20.00e

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 15-17143 ER Judge: ERNEST M. ROBLES | Trustee Name: | ROSENDO GONZALEZ |
| Case Name: | KNEON INC. | Date Filed (f) or Converted (c): | 05/04/15 (f) |
| | | 341(a) Meeting Date: | 06/11/15 |
| | | Claims Bar Date: | 12/01/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| ORDER ENTERED 11/09/15 [D21], ORDER ON AMENDED MOTION FOR APPROVAL OF SALE PURCHASE OF INTELLECTUAL PROPERTY ASSET  Trustee filed on August 30, 2015 [D13], the Trustee's Motion for Approval of Sale Agreement of Debtors Intellectual Property Assets Free and Clear of Liens and Encumbrances. | | | | | |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $0.00 | $30,000.00 | | $30,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

As of September 30, 2017, the order allowing the Trustee's final report was entered by the court on July 7, 2017. The dividend checks have been issued and the Trustee anticipates submitting his final distribution report the Office of the United States Trustee by the end of the last quarter of 2017.

As of Decmber 30, 2016, all assets have been recovered, tax returns have been completed and the tax clearance period has expired. The order approving the Trustee's Motion for Approval of Sale Agreement of Debtors Intellectual Property Assets Free and Clear of Liens and Encumbrances was entered on November 6, 2015. The order approving the employment of Karl T. Anderson as Accountant for the estate was entered on February 17, 2016. The Trustee anticipates the final report to be submitted by the end of the first quarter of 2017.

GENERAL:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 15-17143    ER    Judge: ERNEST M. ROBLES | | Trustee Name: | ROSENDO GONZALEZ |
| Case Name: | KNEON INC. | | Date Filed (f) or Converted (c): | 05/04/15 (f) |
| | | | 341(a) Meeting Date: | 06/11/15 |
| | | | Claims Bar Date: | 12/01/15 |

This case was commenced with the filing of a voluntary petition under Chapter 7 of the Bankruptcy Code by Kneon, Inc. (the "Debtor") on May 4, 2015.   The Trustee conducted the initial meeting of the creditors on June 11, 2015.  The meeting was continued through August 24, 2015 for the Debtor to produce documents [and amendments to the Debtor's Schedules].

@08/28/2015 -  The Trustee investigating assets and has identified assets #2 intellectual property, asset #3 (four patents pending), asset #4 (two trademarks) and asset #5 (patent paperwork pending) as potential asset recoveries of the bankruptcy estate.

@08/28/2015 -  Notification of asset case and the claims bar date have been filed and set.

INSURANCE:
Currently there are no assets requiring insurance.

Initial Projected Date of Final Report (TFR): 12/31/17         Current Projected Date of Final Report (TFR): 03/31/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-17143 -ER | | Trustee Name: | ROSENDO GONZALEZ |
|---|---|---|---|---|
| Case Name: | KNEON INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8156 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9161 | | | |
| For Period Ending: | 11/21/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/11/15 | 2, 3 | ALTPOINT CAPITAL PARTNERS, LLC | SALE OF PERSONAL PROPERTY SCHEDULE "B" ASSETS | 1129-000 | 10,000.00 | | 10,000.00 |
| 11/30/15 | 3, 4, 5 | ALTPOINT CAPITAL PARTNERS LLC | SALE OF PERSONAL PROPERTY SCHEDULE "B" ASSETS | 1129-000 | 20,000.00 | | 30,000.00 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 29,985.00 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.59 | 29,940.41 |
| 02/09/16 | 003001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST. SUITE #420 NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | 26.50 | 29,913.91 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.43 | 29,869.48 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 41.49 | 29,827.99 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.26 | 29,783.73 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 42.77 | 29,740.96 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.13 | 29,696.83 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 42.65 | 29,654.18 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.00 | 29,610.18 |
| | | | Page Subtotals | | 30,000.00 | 389.82 | |

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 15-17143 -ER | | Trustee Name: | ROSENDO GONZALEZ |
| Case Name: | KNEON INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8156 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9161 | | | |
| For Period Ending: | 11/21/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 43.94 | 29,566.24 |
| 07/13/17 | 003002 | ROSENDO GONZALEZ<br>GONZALEZ & ASSOCIATES, PLC<br>530 S. HEWITT ST., SUITE 148<br>LOS ANGELES, CA 90013 | Chapter 7 Compensation/Fees | 2100-000 | | 3,750.00 | 25,816.24 |
| 07/13/17 | 003003 | ROSENDO GONZALEZ<br>GONZALEZ & ASSOCIATES, PLC<br>530 S. HEWITT ST., SUITE 148<br>LOS ANGELES, CA 90013 | Chapter 7 Expenses | 2200-000 | | 341.69 | 25,474.55 |
| 07/13/17 | 003004 | KARL T ANDERSON, CPA INC.<br>340 S. Farrell Drive, Suite A210<br>Palm Springs, CA 92262 | Accountant for Trustee Fees (Other | 3410-000 | | 3,682.00 | 21,792.55 |
| 07/13/17 | 003005 | KARL T ANDERSON, CPA INC.<br>340 S. Farrell Drive, Suite A210<br>Palm Springs, CA 92262 | Accountant for Trustee Expenses (Ot | 3420-000 | | 297.12 | 21,495.43 |
| 07/13/17 | 003006 | FRANCHISE TAX BOARD<br><B>(ADMINISTRATIVE)</B><br>BANKRUPTCY SECTION MS A-340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Claim 000007A, Payment 100.00000%<br>(7-1) 9503, ADMINISTRATIVE EXPENSE | 2690-730 | | 800.00 | 20,695.43 |
| 07/13/17 | 003007 | Harrison Dillon<br>1476 Pacific Ave. | Claim 000001, Payment 7.96752% | 7100-000 | | 3,983.76 | 16,711.67 |

Page Subtotals        0.00        12,898.51

Ver: 20.00e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-17143 -ER | Trustee Name: | ROSENDO GONZALEZ |
| Case Name: | KNEON INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******8156 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9161 | | |
| For Period Ending: | 11/21/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | San Francisco, CA 94109 | | | | | |
| 07/13/17 | 003008 | Brooks Kushman PC<br>1000 Town Center Dr. 22nd Floor<br>Southfield, MI 48075 | Claim 000002, Payment 7.96752% | 7100-000 | | 699.54 | 16,012.13 |
| 07/13/17 | 003009 | PAUL NEUWIRTH<br>127 CATHERINE ST. UNIT 6<br>PHILADELPHIA, PA 19147 | Claim 000003, Payment 7.96752% | 7100-000 | | 3,001.00 | 13,011.13 |
| * 07/13/17 | 003010 | DISRUPTIVE INVESTORS, LLC<br>450 W 17TH APT 827<br>NEW YORK, NY 10011 | Claim 000004, Payment 7.96753% | 7100-003 | | 6,502.00 | 6,509.13 |
| 07/13/17 | 003011 | ELIAS PEREZ REVOCABLE LIVING TRUST<br>4 HILLDALE LANE<br>PORT WASHINGTON, NY 11050 | Claim 000005, Payment 7.96751% | 7100-000 | | 2,166.83 | 4,342.30 |
| 07/13/17 | 003012 | JAMES G NEUWIRTH<br>4 HILLDALE LN<br>PORT WASHINGTON NY 11050 | Claim 000006, Payment 7.96752% | 7100-000 | | 4,342.30 | 0.00 |
| * 11/10/17 | 003010 | DISRUPTIVE INVESTORS, LLC<br>450 W 17TH APT 827<br>NEW YORK, NY 10011 | Claim 000004, Payment 7.96753% | 7100-003 | | -6,502.00 | 6,502.00 |
| 11/10/17 | 003013 | UNITED STATES BANKRUPTCY COURT<br>255 EAST TEMPLE STREET<br>LOS ANGELES, CA 90012 | Claim 000004, Payment 7.96753% | 7100-001 | | 6,502.00 | 0.00 |
| | | | | Page Subtotals | 0.00 | 16,711.67 | |

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-17143 -ER |
| Case Name: | KNEON INC. |
| Taxpayer ID No: | *******9161 |
| For Period Ending: | 11/21/17 |

| | |
|---|---|
| Trustee Name: | ROSENDO GONZALEZ |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******8156  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 30,000.00 | 30,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 30,000.00 | 30,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 30,000.00 | 30,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********8156 | 30,000.00 | 30,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 30,000.00 | 30,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:_____    Date: _____

Page Subtotals       0.00       0.00

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*